IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK10-43798-TJM |
| | ) | |
| CRAIG CARRIER CORP., LLC, | ) | CH. 11 |
| | ) | |
| Debtor(s). | ) | |

## ORDER

Hearing was held in Lincoln, Nebraska, on April 13, 2011, regarding Filing #141, Motion for Supplemental Order, filed by People's United Equipment Finance Corp, and Filing #156, Objection to People's United Equipment Finance Corp.'s Motion for Supplemental Order, filed by Integrated Freight Corporation and Triple C Transport, Inc. Patrick Turner and Robert V. Ginn appeared for the debtors, Thomas Ashby appeared for People's United Equipment Finance Corp., Shawn Carver appeared for PPL Group, Angela Boyer and Richard Berkshire appeared for Integrated Freight Corporation and Triple C Transport, Inc., David J. Skalka appeared for Navistar Financial Corporation, Mike Mullen appeared for Craig and Bonnie White, Mike Schleich appeared for Mericap Funding, and Richard Garden appeared for SCC Equipment Finance.

People's United Equipment Finance has moved for a supplemental order requesting the court direct Integrated Freight Corporation ("IFC") and Triple C to:

1. Provide in writing the exact location of People's collateral and update the information as the collateral is moved. The request is granted.

2. To pay People's legal expenses and drivers' expenses. This request is denied in the context of the turnover motion and the motion to show cause. Such expenses may be the subject of a separate lawsuit.

3. To provide the court with financial institution accounts to enable garnishment. This request is denied.

4. To refrain from using People's collateral except as necessary for delivery to Doniphan, Nebraska, or other locations specified by People's. This request is granted.

5. To expressly allow People's to obtain assistance of law enforcement officials regarding obtaining possession of its collateral. This request is granted.

6. Awarding to People's such orders requiring endorsements, deliveries and other conduct from Triple C as are needed to remedy the insurance matters described in the motion. This request has been granted in the order finding Triple C and IFC in contempt.

IT IS ORDERED that Filing #141 is granted in part and denied in part, as follows:

1. The request that IFC and Triple C provide in writing the exact location of People's collateral and update the information as the collateral is moved is granted.

2. The request that IFC and Triple C refrain from using People's collateral except as necessary for delivery to Doniphan, Nebraska, or other locations specified by People's is granted.

3. The request that IFC and Triple C expressly allow People's to obtain assistance of law enforcement officials regarding obtaining possession of its collateral is granted.

4. The request to award People's such orders requiring endorsements, deliveries and other conduct from Triple C as are needed to remedy the insurance matters described in the motion has been granted in the order finding Triple C and IFC in contempt.

5. The request that IFC and Triple C pay People's legal expenses and drivers' expenses is denied in the context of the turnover motion and the motion to show cause.

6. The request to provide the court with financial institution accounts to enable garnishment is denied.

DATED:    April 15, 2011

BY THE COURT:

/s/ Timothy J. Mahoney
United States Bankruptcy Judge

Notice given by the Court to:
  Patrick Turner         Richard Berkshire
  Robert Ginn           David J. Skalka
  *Thomas Ashby       Richard Garden
  Shawn Carver        Mike Mullen
  Angela Boyer        Mike Schleich

Movant (*) is responsible for giving notice to other parties if required by rule or statute.